UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Bento,

        Plaintiff,

-against-

New York City Department of Citywide Administrative Services,

        Defendant.

1:19-cv-05003 (LTS) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2020

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In light of recent public health developments, the Initial Pretrial Conference scheduled for Tuesday, April 28, 2020 at 11:00 a.m. (*see* ECF No. 22) shall be conducted by telephone rather than in person. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
             March 24, 2020

_____
STEWART D. AARON
United States Magistrate Judge